# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES LOWE, JR., | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 20-0319-WS-MU |
| | : |
| vs. | CRIMINAL NO. 13-0005-WS-MU |
| | : |
| UNITED STATES OF AMERICA, | : |
| Respondent. | |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated November 24, 2020 is **ADOPTED** as the opinion of this Court.

**DONE** this 4th day of January, 2021.

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**